UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WHITEHURST,<br><br>        Plaintiff,<br><br>   v.<br><br>CVS PHARMACY, CVS/CAREMARK, PRESCRIPTION SOLUTIONS, and DOES 1 through 5,<br><br>        Defendant. | Case No. SACV 11 - 902 AG (ANx)<br><br>**JUDGMENT IN FAVOR OF DEFENDANT RXSOLUTIONS, INC. DBA PRESCRIPTION SOLUTIONS** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    On November 28, 2011, the Honorable United States District Judge Andrew Guilford granted Defendant RxSolutions, Inc. dba Prescription Solutions' Motion to Dismiss.   Pursuant to the Honorable United States District Judge Andrew Guilford, granting of Defendant RxSolutions, Inc. dba Prescription Solutions' Motion to Dismiss,

    IT IS ORDERED AND ADJUDGED that Plaintiff Richard Whitehurst take nothing from Defendant RxSolutions, Inc. dba Prescription Solutions, and that this action, as to Defendant RxSolutions, Inc. dba Prescription Solutions, be dismissed

1

1  with prejudice, on its merits, and that judgment is entered in favor of defendant
2  RxSolutions, Inc. dba Prescription Solutions.

**IT IS SO ORDERED.**

DATED: December 12, 2011          By: _____
                                       The Honorable Andrew Guilford
                                       United States District Court